**No. 10-5382. Kevin Leshawn Moore, aka Brandon Moore, Petitioner v. Texas.**

562 U.S. 918, 131 S. Ct. 287, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 6851.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Tenth District, denied.

**No. 10-5383. Paul M. Nigl, Petitioner v. Wisconsin.**

562 U.S. 918, 131 S. Ct. 287, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7259.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

**No. 10-5384. Christopher Rudow, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 288, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7283.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 373 Fed. Appx. 298.

**No. 10-5386. Michael Curtis Reynolds, Petitioner v. United States.**

562 U.S. 918, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7524, ▪

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 374 Fed. Appx. 356.

**No. 10-5387. William Staples, Petitioner v. Claude Chester, Warden.**

562 U.S. 919, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7384.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 370 Fed. Appx. 925.

**No. 10-5388. Ellva Slaughter, Petitioner v. United States.**

562 U.S. 919, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7337.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5389. Scott Jay MacKenzie, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 919, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7428, ▪

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5390. Barbara Johnson-Chandler, Petitioner v. District of Columbia Department of Employment Services.**

562 U.S. 919, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7266.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.